UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYLEE McCUTCHEN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 21-cv-_____ |
| | ) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Complaint Under Pseudonym, and good cause having been shown, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED:

1.  The Complaint, ECF No. 1, which identifies those Plaintiffs who are minors, as well as the minor Plaintiffs' next friends, by their initials, and which substitutes the address of counsel for the minors' residential addresses, is accepted for filing.

2.  The docket shall identify the minor Plaintiffs and their next friends by their initials.

3.  The minor Plaintiffs and their next friends will be referred to by their initials in all pleadings, discovery materials, and other documents related to this litigation.

4.  In all proceedings held before this Court, including trial, all counsel, witnesses and court personnel present shall refer to the minor Plaintiffs and their next friends by their initials.

5.  The identity of the minor Plaintiffs and their next friends and their addresses shall be made available by counsel for Plaintiffs to the attorneys of record for the Defendants, who shall not disclose or permit disclosure thereof, except to the following persons: (a) legal counsel, legal

professionals, and employees of the Department of Justice or the Department of Health and Human Services who have a need for such disclosure directly related to the defense of this action; (b) any expert and their employees, not on the staff of any party, consulted by such attorneys in the prosecution or defense of the claims herein; and (c) a person whose deposition is to be taken in this action, but only to the extent necessary for the deposition.

6. Each person to whom the identity of the minor Plaintiffs or their next friends is to be disclosed pursuant to this Order shall agree in advance: (a) that he or she will not disclose the identity of the minor Plaintiffs or their next friends to any person not entitled to know his identity under this Order; and (b) that he or she will not use the identity of the minor Plaintiffs or their next friends except in connection with the prosecution or defense of the claims herein.

7. In the event that Defendants believe it is necessary in the defense of the claims herein for Defendants to disclose the identity of the minor Plaintiffs or their next friends to persons other than those specified in this Order, Defendants' counsel shall communicate with Plaintiffs' counsel and, if agreement cannot be reached in writing, the matter shall be determined by the Court.

Upon consideration of Plaintiffs' Sealed Motion for Leave to File Document Under Seal ("the Motion"), and good cause having been shown, it is hereby ORDERED that the Motion is GRANTED, and it is further

ORDERED that the reference list attached as an exhibit to the Motion is accepted for filing under seal.

IT IS SO ORDERED this \_\_\_\_ day of _____, 2021.

_____
United States District Judge