# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYLEE MCCUTCHEN, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  No. 1:21-cv-01112-TSC ) |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF NON-OPPOSITION

By and through their undersigned counsel, Defendants hereby notify the Court that they do not oppose the State of Tennessee's Motion to Intervene as Defendant. *See* ECF No. 19.

1

Dated: June 2, 2021                     Respectfully submitted,

                                              BRYAN M. BOYNTON
                                              Acting Assistant Attorney General

                                              MICHELLE R. BENNETT
                                              Assistant Branch Director
                                              Civil Division

                                              /s/ Peter M. Bryce
                                              PETER M. BRYCE
                                              Illinois Bar No. 6244216
                                              Senior Trial Counsel
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, NW, Room 11106
                                              Washington, D.C. 20005
                                              Tel: (202) 616-8335
                                              Fax: (202) 616-8470
                                              E-mail: peter.bryce@usdoj.gov

                                              *Attorney for Defendants*