UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYLEE McCUTCHEN, et al., § § § Plaintiffs, § § v. § § XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., § § § § Defendants; § § § § THE STATE OF TENNESSEE, § § Proposed Defendant-Intervenor. § | Case No. 1:21-cv-01112-TSC |

### THE STATE OF TENNESSEE'S NOTICE OF FILING OF PROPOSED ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

Proposed Defendant-Intervenor State of Tennessee respectfully submits its Proposed Answer in Intervention to Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief as **Exhibit A**. On May 20, 2021, Tennessee moved to intervene, attaching a proposed answer to Plaintiffs' original complaint. Dkt. Nos. 19, 19-1. On May 26, 2021, Plaintiffs filed an amended complaint, to which Tennessee now responds. Dkt. No. 23.

Tennessee's Motion to Intervene is now unopposed. Before Tennessee filed the Motion, Plaintiffs informed Tennessee's counsel that they did not oppose the Motion. *See* Dkt. No. 19 at 1. Since then, Federal Defendants have filed a Notice of Non-Opposition to Tennessee's Motion. *See* Dkt. No. 26.

June 8, 2021                                              Respectfully submitted,

/s/ Scott A. Keller

Scott A. Keller
D.C. Bar No. 1632053
scott@lehotskykeller.com
Lehotsky Keller L.L.P.
200 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 365-2509
F: (833) 233-2202

**CERTIFICATE OF SERVICE**

The forgoing document and all attached exhibits were served on counsel for all parties on June 8, 2021, using the Court's CM/ECF file and service system.

*/s/ Scott A. Keller*

Scott A. Keller
D.C. Bar No. 1632053
scott@lehotskykeller.com
Lehotsky Keller L.L.P.
200 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 365-2509
F: (833) 233-2202
