UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRYLEE MCCUTCHEN, *et al.*, | ) </br> ) </br> ) </br> ) |
| Plaintiffs, | ) </br> ) |
| v. | )    No. 1:21-cv-01112-TSC </br> ) |
| XAVIER BECERRA, Secretary </br> of Health and Human Services, *et al.*, | ) </br> ) </br> ) |
| Defendants. | ) </br> ) |

**JOINT STATUS REPORT AND MOTION FOR EXTENSION OF STAY**

    In accordance with the Court's August 11, 2021 order, Plaintiffs Brylee McCutchen et al., Federal Defendants Xavier Becerra et al.; and Intervenor-Defendant State of Tennessee (collectively, the "parties") respectfully submit the following joint status report.

1. Plaintiffs filed their Complaint on April 23, 2021 (ECF No. 4) and, as amended on May 24, 2021 (ECF No. 23), challenged a January 8, 2021 decision by the Federal Defendants to approve "TennCare III" as a Medicaid demonstration project under Section 1115 of the Social Security Act, 42 U.S.C. § 1315. *Id*.

2. The State of Tennessee moved to intervene as a Defendant on May 20, 2021 (ECF No. 19). The Court granted the unopposed motion on August 4, 2021. Minute Order, entered Aug. 5, 2021.

3. On August 11, 2021, with the Plaintiffs' agreement, the Federal Defendants filed an unopposed motion to hold the case in abeyance while they reopened the federal comment

period on the approval challenged in the lawsuit and reconsidered the challenged decision. (ECF No. 29). The motion noted that the approval of TennCare III would remain in effect during the abeyance. *See id.* ¶ 3.

4. The Court granted the motion that day: "This action is hereby STAYED pending the outcome of the new comment period pertaining to the challenged agency decision of January 8, 2021. The parties shall file a Joint Status Report and propose order within 30 days of whatever decision is issued following the new comment period." Minute Order, Aug. 11, 2021.

5. On August 10, 2021, CMS opened a new 30-day federal comment period to receive input from the public on the approved TennCare III project.

6. On June 30, 2022, the Federal Defendants wrote to Tennessee proposing changes to the approved project, including its aggregate financing cap and sharing savings structure and authorization to use a closed drug formulary. Both of these provisions of the TennCare III waiver were subject matter of the Amended Complaint, *see* ECF No. 23, ¶¶ 4,6, 126-141

7. On August 30, 2022, the State of Tennessee submitted an amendment to TennCare III, known as "Amendment 4."

8. On September 6, 2022, Federal Defendants opened a new 30-day federal comment period to receive input from the public on the State's proposed Amendment 4.

9. On August 4, 2023, the Federal Defendants approved Amendment 4, which approved Tennessee's requests to make certain modifications to the project approved on January 8, 2021. The January 8, 2021 TennCare III approval otherwise remains in effect.

10. Plaintiffs submit that the Federal Defendants' approval does not address all of the issues raised in the Amended Complaint, notably the 10-year time span for the approval (through

Dec. 31, 2030) and the waiver of three-months' retroactive coverage, *see*, *e.g.*, ECF No. 23, ¶¶ 3,7.

11. The approval is subject to CMS receiving Tennessee's written acknowledgement of the award and acceptance of the Amendment 4 Special Terms and Conditions within 30 days of the August 4th date of the approval letter (September 3). On August 31, 2023, CMS received Tennessee's written acknowledgement of the award and acceptance of the Amendment 4 Special Terms and Conditions.

12. The parties would like the opportunity to meet and confer to determine whether they can agree upon a proposal to the Court for further proceedings in this case.

Therefore, the parties move the court for an order continuing the stay in this case until November 3, 2023 and for the parties to file another joint status report by that same date.

Dated: September 5, 2023                    Respectfully submitted,

  /s/ Jane Perkins
Jane Perkins
D.D.C. No. NC0004
Catherine McKee
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org
mckee@healthlaw.org

Gordon Bonnyman
Brant Harrell
Tennessee Justice Center
155 Lafayette Street
Nashville, TN 37210

*Attorneys for Plaintiffs*

3

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Civil Division

 /s/ Peter M. Bryce
PETER M. BRYCE
Illinois Bar No. 6244216
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11106
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

*Attorneys for Federal Defendants*

 /s/ Scott A. Keller
Scott A. Keller
D.C. Bar No. 1632053
scott@lkcfirm.com
Lehotsky Keller Cohn LLP
200 Massachusetts Ave. NW
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755

*Attorneys for Intervenor-State Defendant*