UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.W., *et al.*,<br><br>                    Plaintiffs,<br><br>      v.<br><br>XAVIER BECERRA, Secretary<br>of Health and Human Services, *et al.*,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:21-cv-01112-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

In accordance with the Court's July 1, 2024 order, Plaintiffs A.G.W. et al., Federal Defendants the Secretary of Health and Human Services et al., and Intervenor-Defendant State of Tennessee respectfully submit the following joint status report advising the Court how they wish to proceed in this matter:

Plaintiffs plan to dismiss this case by filing a stipulation of dismissal signed by all parties, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), no later than July 19, 2024.

Dated: July 12, 2024

Gordon Bonnyman
Brant Harrell
Tennessee Justice Center
155 Lafayette Street
Nashville, TN 37210
(615) 255-0331
gbonnyman@tnjustice.org
bharrell@tnjustice.org

Respectfully submitted,

/s/ Jane Perkins
Jane Perkins
D.D.C. Bar No. NC0004
Catherine McKee
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org
mckee@healthlaw.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Civil Division

/s/ Peter M. Bryce
PETER M. BRYCE
Illinois Bar No. 6244216
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11106
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Scott A. Keller
Scott A. Keller
D.C. Bar No. 1632053
Todd Disher
Lehotsky Keller Cohn LLP
200 Massachusetts Ave. NW
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
E-mail: scott@lkcfirm.com

*Attorneys for Intervenor-State Defendant*