UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| A.G.W., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:21-cv-01112-TSC |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATED VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Plaintiffs, all Defendants, and the Intervenor-Defendant hereby stipulate and agree to the dismissal of all claims, with each party to bear their own fees and costs.

Dated: July 17, 2024

Gordon Bonnyman
Brant Harrell
Tennessee Justice Center
155 Lafayette Street
Nashville, TN 37210
(615) 255-0331
gbonnyman@tnjustice.org
bharrell@tnjustice.org

Respectfully submitted,

/s/ Jane Perkins
Jane Perkins
D.D.C. Bar No. NC0004
Catherine McKee
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org
mckee@healthlaw.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Civil Division

/s/ Peter M. Bryce
PETER M. BRYCE
Illinois Bar No. 6244216
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11106
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Scott A. Keller
Scott A. Keller
D.C. Bar No. 1632053
Todd Disher
Lehotsky Keller Cohn LLP
200 Massachusetts Ave. NW
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
E-mail: scott@lkcfirm.com

*Attorneys for Intervenor-State Defendant*